UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Hager,

                Plaintiff,                20 Civ. 9271 (NSR) (AEK)

  -against-                              **ORDER**

Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On November 15, 2021, the Court issued an order granting Plaintiff's request for an extension of time to file his motion for judgment on the pleadings until December 16, 2021, with Defendant's opposition/cross-motion to be filed by January 17, 2022, and Plaintiff's reply, if any, to be filed by February 7, 2022.  ECF No. 19.  Plaintiff, who had already been granted two previous extensions of time to file his motion for judgment on the pleadings, nonetheless filed the motion five days late, on December 21, 2021.  ECF No. 21.

      To date, Defendant has neither filed her opposition/cross-motion nor requested an extension of time in which to do so.  Accordingly, the Court hereby grants, *nunc pro tunc*, a 30-day extension of time, until **February 16, 2022**, for Defendant to serve and file her opposition/cross-motion.  Should Defendant need a further extension of time, such request must be made **before the deadline** for filing her opposition/cross-motion.  Plaintiff's reply, if any, must be served and filed by **March 9, 2022**.

Dated: January 31, 2022
       White Plains, New York

                                                    **SO ORDERED.**

                                                    ANDREW E. KRAUSE
                                                  United States Magistrate Judge