UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                              :

MICHAEL J. HAGER,                   :

                              :

               Plaintiff,      :      **OPINION AND ORDER**

                              :

        -against-           :

                              :      20 Civ. 9271 (NSR) (AEK)

COMMISSIONER OF SOCIAL SECURITY,   :

                              :

             Defendant.     :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/08/2026

NELSON S. ROMÁN, United States District Judge

      Plaintiff Michael J. Hager ("Plaintiff"), represented by counsel, commenced this action, pursuant to 42 U.S.C. § 405(g), challenging the decision of the Commissioner of Social Security (the "Commissioner" or "Defendant"), which denied his application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. (ECF No. 1.) By Stipulation and Order, dated April 19, 2022, the denial of benefits was "reversed," and the matter was remanded to the Social Security Administration for further proceeding. (ECF No. 25.) By Stipulation dated May 3, 2022, the Defendant agreed to pay Plaintiff the sum of six thousand four hundred and seventy-five dollars ($6,475.00) in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees and costs. (ECF No. 28.) By motion dated August 26, 2025, Plaintiff's counsel, Daniel A. Osbourn, sought a court order granting him attorney's fees pursuant to 42 U.S.C. Section 406(b). (ECF No. 29.) The Defendant opposed the motion. (ECF No. 34.) The matter was referred to Magistrate Judge Andrew E. Krause by Order of Reference, dated December 8, 2020, to issue a report and recommendation ("R&R"). (ECF No. 7.)

Presently before the Court is MJ Krause's R&R recommending Plaintiff's motion be GRANTED.  (ECF No. 35.)  For the following reasons, the Court reviews the R&R for clear error, finds no clear error and adopts the R&R in its entirety.  Accordingly, the motion is GRANTED.

## LEGAL STANDARD

A magistrate judge may "hear a pretrial matter dispositive of a claim or defense" if so designated by a district court.  *See* Fed. R. Civ. P. 72(b)(1); *accord* 28 U.S.C. § 636(b)(1)(B).  In such a case, the magistrate judge "must enter a recommended disposition, including, if appropriate, proposed findings of fact."  Fed. R. Civ. P. 72(b)(1); *accord* 28 U.S.C. § 636(b)(1).  Where a magistrate judge issues a report and recommendation,

> [w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.  A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1)(C); *accord* Fed. R. Civ. P. 72(b)(2)–(3).  However, "[t]o accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record."  *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)); *accord Caidor v. Onondaga County*, 517 F.3d 601, 604 (2d Cir. 2008) ("[F]ailure to object timely to a magistrate's report operates as a waiver of any further judicial review of the magistrate's decision.") (quoting *Small v. Sec. of HHS*, 892 F.2d 15, 16 (2d Cir. 1989)); *see also* Fed. R. Civ. P. 72 advisory committee note (1983 Addition, Subdivision (b)) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

To the extent a party makes specific objections to an R&R, those parts must be reviewed *de novo*.  28 U.S.C. 636(b)(l); Fed. R. Civ. P. 72(b); *United States v. Male Juvenile*, 121 F.3d 34, 38 (2d

Cir. 1997).  In a *de novo* review, a district court must consider the "[r]eport, the record, applicable legal authorities, along with Plaintiff's and Defendant's objections and replies."  *Diaz v. Girdish*, 2007 WL 187677, at *1 (S.D.N.Y. Jan. 23, 2007) (internal quotation marks omitted).  But to the extent "a petition makes only general and conclusory objections . . . or simply reiterates the original arguments, the district court will review the report and recommendations strictly for clear error."  *Harris v. Burge*, 2008 WL 772568, at *6 (S.D.N.Y. Mar. 25, 2008).  The distinction turns on whether a litigant's claims are "clearly aimed at particular findings in the magistrate's proposal" or are a means to take a "'second bite at the apple' by simply relitigating a prior argument."  *Singleton v. Davis*, 2007 WL 152136, at *1 (S.D.N.Y. Jan. 18, 2007), *aff'd*, 308 F. App'x 560 (2d Cir. 2009).

## DISCUSSION

Neither Plaintiff nor Defendant timely objected to the R&R.  Thus, the Court reviews the R&R for clear error.  Upon a thorough review of the record, the motion papers, and MJ Krause's well-reasoned R&R, the Court finds the conclusion(s) reached are grounded in fact and law.  As reflected in the R&R, Plaintiff's counsel spent considerable time in litigating the matter and reached a positive result on behalf of his client.

## CONCLUSION

For the reasons stated above and in the R&R, the Court adopts the R&R of MJ Krause in its entirety and awards Plaintiff's counsel $26,073.25 in attorney's fees, to be paid out of Plaintiff's past-due benefits award pursuant to the Social Security Act.

The Clerk of the Court is respectfully directed to terminate (1) the motion at ECF No. 29 and (2) the action.

Dated: May 8, 2026
      White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

3